UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:22-mj-0161 |
| | ) | |
| DOVA WINEGEART | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:     The clerk of court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in this case as counsel for

DEFENDANT DOVA WINEGEART.


Dated August 8, 2022                           Respectfully submitted,


                                               /s/ *Carolyn A. Stewart*
                                               Carolyn A. Stewart, Bar No. FL-0098
                                               Defense Attorney
                                               Stewart Country Law PA
                                               1204 Swilley Rd.
                                               Plant City, FL 33567
                                               Tel: (813) 659-5178
                                               Email: Carolstewart_esq@protonmail.com