UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Case No. 1:22-cr-00301 (CJN) |
| ) | |
| DOVA WINEGEART       ) | |
| ) | |
| Defendant.   ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Carolyn Stewart, the attorney of record for DOVA WINEGEART, the Defendant in the above captioned case, hereby respectfully moves this Honorable Court for an order allowing her to withdraw as counsel, and submits the following in support:

Ms. Winegeart advised the undersigned that she was going to engage a new attorney because she objected to the charity that the undersigned obtained funds from to pay her clients' legal expenses (such as transcripts, witnesses, and client and attorney travel) while Ms. Stewart worked pro bono.

The undersigned checked with the Defendant's family to ensure the request for termination was voluntary and knowing since the Defendant cut off communications and would no longer work on necessary items for her case weeks ago.

Ms. Winegeart's new attorney just filed his appearance in this case. Because there is no prejudice to Ms. Winegeart given her new retained attorney, the undersigned requests to be relieved of all duties and representation regarding Ms. Winegeart.  Additionally, her new attorney wrote tonight that he chooses to obtain all discovery from the government. Ms. Winegeart has been provided all her discovery, with the exception of highly sensitive material and the extract of her phone that the government has never provided after multiple requests and delivery to the government of an external drive.

**WHEREFORE**, in consideration of the foregoing reasons, and for such other reasons that may appear just and proper, I request that this court issue the attached proposed order permitting me as undersigned counsel to withdraw as an attorney of record and, by doing so, relieve me of any further obligation to this case.

Dated January 23, 2024　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Carolyn A. Stewart*
　　　　　　　　　　　　　　　　　　　　　　　Carolyn A. Stewart, Bar No. FL-0098
　　　　　　　　　　　　　　　　　　　　　　　Defense Attorney
　　　　　　　　　　　　　　　　　　　　　　　Stewart Country Law PA
　　　　　　　　　　　　　　　　　　　　　　　1204 Swilley Rd.
　　　　　　　　　　　　　　　　　　　　　　　Plant City, FL 33567
　　　　　　　　　　　　　　　　　　　　　　　Tel: (813) 659-5178
　　　　　　　　　　　　　　　　　　　　　　　Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 23rd day of January, 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn Stewart Esq.
　　　　　　　　　　　　　　　　　　　　　　　Carolyn Stewart, Esq.