UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 22-cr-00301-CJN |
| ) | |
| **DOVA WINEGEART.,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT'S MOTION TO SET STATUS CONFERENCE**

        William L. Shipley, Jr., Esq.
        PO Box 745
        Kailua, Hawaii 96734
        Tel: (808) 228-1341
        Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Dova Winegeart, by and through her counsel of record, William L. Shipley, Esq., and respectfully moves this Court to set a status conference.

On January 23, 2024, Defendant Winegeart retained undersigned counsel to proceed as lead trial counsel in the current case.  Undersigned then filed a notice of appearance in the case.  *See* EFC No. 31.

Immediately following Undersign's notice of appearance in the case, Attorney Stewart filed a motion to withdraw.

Given the status of the case, and that this Court has not yet issues an order on Attorney Stewart's Motion to Withdraw, Defendant Winegeart requests this Court to set a status hearing in the case ordering *ALL* counsel to appear.

Dated: January 26, 2024       Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com