UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. )  Case No. 22-cr-00301-CJN
)
DOVA WINEGEART., )
)
        Defendant )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Dova Winegeart

/s/ William L. Shipley
William L. Shipley, Jr., Esq.

I consent:
/s/Ashley Akers
Ashley Akers
Assistant United States Attorney

Approved:

_____
Date:_____
Carl J. Nichols
United States District Judge

1