UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 22-cr-00301-CJN |
| ) | |
| **DOVA WINEGEART.,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

# DEFENDANT DOVA WINEGEART'S MOTION FOR COURT TO TAKE JUDICIAL NOTICE PURSUANT TO FED R. EVIDENCE 201

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

On October 26, 2021, the United States Government filed a criminal complaint against Gregory Lamar Nix in *United States v. Nix*, 21-mj-637-RMM.[1]

In the criminal complaint, FBI Special Agent Williams made the following statements:

> A few minutes later, at approximately 2:30 PM ET, after the officers depart, NIX is seen on surveillance footage again appearing to attempt to smash the East House Doors' glass panes.

*See* ECF No. 1 at Pg. 7.

> Your affiant submits there is also probable cause to believe that GREGORY LAMAR NIX violated 18 U.S.C. § 1361, by willfully injuring or depredating of any property of the United States.

*See* Id. at Pg. 10.

A copy of the criminal complaint against Defendant Nix is attached as an exhibit.

Nix was then indicted on November 17, 2021. The indictment states that Nix did cause damage to the window and the damage was greater than $1,000. *See* ECF No. 6.

Pursuant to Federal Rule of Evidence 201, a court may judicially notice a fact that is not subject to reasonable dispute because it "Can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

---

[1] On November 17, 2021, an indictment was filed, the magistrate case was closed and the District Court case number was assigned 21-cr-678-BAH.

Defendant Winegeart requests this Court take judicial notice of the facts of the criminal complaint against Defendant Nix as stated under oath by FBI Agent Williams, as well as the factual claim made by the United States that Defendant Nix did damage the windows on the East Doors in an amount greater than $1000.00.

Dated: July 2, 2024                     Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com