| | | |
|---|---|---|
| Government | X | |
| Defendant | | |
| Joint | | |
| Court | | |

**UNITED STATES OF AMERICA**

vs.

**DOVA ALINA WINEGEART**

Criminal No. 1:22-cr-00301

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 100 Series | General Capitol | | | | |
| 101 | Restricted Perimeter | 7\15\24 | 7\15\24 | | |
| 102 | Aerial Capitol Photo | 7\15\24 | 7\15\24 | | |
| 103 | House Recording Video Certification | 7\15\24 | 7\15\24 | | |
| 104 | Diego Torres, Certificate of Authenticity, Senate Recording | 7\15\24 | 7\15\24 | | |
| 105 | Senate Concurrent Resolution | | | | |
| 106 | 3 U.S.C. § 15 | | | | |
| 107 | 3 U.S.C. § 16 | | | | |
| 108 | 3 U.S.C. § 17 | | | | |
| 109 | 3 U.S.C. § 18 | | | | |
| 110 | Constitution, 12th Amendment | | | | |
| 111 | Congressional Record CREC 2021-01-06 | | | | |
| 112 | USSS – Notification to USCP | 7\15\24 | 7\15\24 | | |
| 112.1 | USSS HOS Notification | 7\15\24 | 7\15\24 | | |
| 113 | Bike rack, snow fencing, area closed signs | 7\15\24 | 7\15\24 | | |
| 113.1 | Image of US Capitol prior to riot with bike racks and area closed signs | 7\15\24 | 7\15\24 | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 113.2 | Image of US Capitol prior to riot with bike racks and area closed signs | 7/15/24 | 7/15/24 | | |
| 113.3 | Image of US Capitol prior to riot with bike racks and area closed signs | 7/15/24 | 7/15/24 | | |
| 113.4 | Image of US Capitol prior to riot with bike racks and area closed signs | 7/15/24 | 7/15/24 | | |
| 114 | USCP 6-Minute Montage with Radio Runs | 7/15/24 | 7/15/24 | | |
| 115 | House and Senate Official Proceeding Video | 7/15/24 | 7/15/24 | | |
| 116 | East Front Time Lapse | 7/15/24 | 7/15/24 | | |
| 117 | Still images of V.P. Pence Presiding | 7/15/24 | 7/15/24 | | |
| 118 | Annotated Map of Capitol Grounds | 7/15/24 | 7/15/24 | | |
| 119 | Closure of West Front Order | 7/15/24 | 7/15/24 | | |
| 120 | Capitol Grounds Map | 7/15/24 | 7/15/24 | | |
| 121 | West Front Time Lapse | 7/15/24 | 7/15/24 | | |
| 122 | 3D Screenshots US Capitol | 7/15/24 | 7/15/24 | N. Wilkins | |
| 200 Series | Miscellaneous and Stipulations | | | | |
| 201 | Video of then-President Trump's speech | | | | |
| 201.1 | CSPAN footage of Trump Speech (600-711) | | | | |
| 201.2 | CSPAN footage of Trump Speech (1520-1620) | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 201.3 | CSPAN footage of Trump Speech (3724-3802) | | | | |
| 201.4 | CSPAN footage of Trump Speech (4936-4957) | | | | |
| 202 | Mendoza Transcript – *United States v. Padilla* | 7/15/24 | 7/15/24 | | |
| 202.3 | *Padilla* Exhibit – US Capitol Map | | | | |
| 202.4 | *Padilla* Exhibit – Map of Restricted Perimeter | | | | |
| 202.5 | *Padilla* Exhibit – Photo of US Capitol with signs | | | | |
| 202.6 | *Padilla* Exhibit – Photo of US Capitol with signs | | | | |
| 202.7 | *Padilla* Exhibit – Photo of US Capitol with signs | | | | |
| 203 | Hawa Transcript – *United States v. St. Cyr* | 7/15/24 | 7/15/24 | | |
| 203.1 | *St. Cyr* Exhibit – HOS Notification | | | | |
| 203.2 | *St. Cyr* Exhibit – HOS Worksheet | | | | |
| 203.3 | *St. Cyr* Exhibit – East Capitol CCTV | | | | |
| 204 | Schwager Transcript -- *United States v. Hostetter* | 7/15/24 | 7/15/24 | | |
| 204.1 | *Hostetter* Exhibit – US Capitol Video | | | | |
| 204.2 | *Hostetter* Exhibit – Congressional Record, 1-6-2021 S14 | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 204.3 | *Hostetter* Exhibit – Congressional Record, 1-6-2021 H76 | | | | |
| 204.4 | *Hostetter* Exhibit – Concurrent Resolution 1-3-2021 | | | | |
| 204.5 | *Hostetter* Exhibit – 12th Amendment to the Constitution | | | | |
| 204.6 | *Hostetter* Exhibit – 3 U.S.C. § 15 | | | | |
| 204.7 | *Hostetter* Exhibit – 3 U.S.C. § 16 | | | | |
| 204.8 | *Hostetter* Exhibit – 3 U.S.C. § 17 | | | | |
| 204.9 | *Hostetter* Exhibit – 3 U.S.C. § 18 | | | | |
| 205 | Architect of the Capitol: Cost for Damaged Eastern Door | | | | |
| **300 Series** | **Capitol Police Surveillance Footage** | | | | |
| 300 | USCP East Front House Door | 7/15/24 | 7/15/24 | N. Wilkins | |
| 300.1 | 3.08.02 Approaching Door | | | | |
| 300.2 | 3.08.16 At Door | | | | |
| 300.3 | 3.08.20 At Door | | | | |
| 300.4 | 3.08.30 Man Recording | | | | |
| 300.5 | 3.08.39 At Door | ↓ | ↓ | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 300.6 | 3.08.45 At Door | 7/15/24 | 7/15/24 | | |
| 300.7 | 3.05.51 Waves | | | | |
| 300.8 | 3.09.07 With Pole | | | | |
| 300.9 | 3.09.07 Pole in Two | | | | |
| 300.10 | 3.09.15 Metal Affixed | | | | |
| 300.11 | 3.09.24 Facing Crowd | | | | |
| 300.12 | 3.09.41 Preparing to Swing | | | | |
| 300.13 | 3.09.41 Swinging | | | | |
| 300.14 | 3.09.41 Swinging | | | | |
| 300.15 | 3.09.42 Swinging | | | | |
| 300.16 | 3.09.42 Pull Back | | | | |
| 300.17 | 3.09.43 Swinging | | | | |
| 300.18 | 3.09.44 Pole on Ground | | | | |
| 300.19 | 3.09.45 Picks up Pole | | | | |
| 300.20 | 3.09.45 Two Pieces | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 300.21 | 3.09.46 Two Pieces | 7/15/24 | 7/15/24 | | |
| 300.22 | 3.09.47 Terry | | | | |
| 300.23 | 3.09.48 Terry Grabs Pole | | | | |
| 300.24 | 3.09.49 Terry Grabs Second Pole | | | | |
| 300.25 | 3.09.50 Terry Tosses Second Pole | | | | |
| 300.26 | 3.09.51 Terry Pulls Winegeart away From Door | | | | |
| 300.27 | 3.09.52 Terry Pulls Winegeart away From Door | | | | |
| 300.28 | 3.09.56 Winegeart Pushes Hand Away | | | | |
| 300.29 | 3.09.56 Winegeart Points | | | | |
| 300.30 | 3.10.11 Walks Away | | | | |
| 300.31 | 3.10.23 Same Area | | | | |
| 300.32 | 3.10.25 Terry Escorts Winegeart Away | | | | |
| 301 | 2nd & Indep SE _14h59min00s | 7/15/24 | 7/15/24 | | |
| 302 | 2nd & Indep SE _15h01min00s | 7/15/24 | 7/15/24 | | |
| 303 | 2nd & Indep SE _15h01min00s | 7/15/24 | 7/15/24 | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 304 | SE Drive near Exit _15h03min00s | 7/15/24 | 7/15/24 | | |
| 305 | CMP Yard Cam _15h03min00s | 7/15/24 | 7/15/24 | | |
| 306 | House Plaza _15h06min00s | 7/15/24 | 7/15/24 | N.Wilkins | |
| 307 | East Front House Egg _15h06min00s | 7/15/24 | 7/15/24 | N.Wilkins | |
| 308 | Upper Terrace SE _15h21min00s | | | | |
| 309 | Upper Terrace SE _16h18min00s | | | | |
| 310 | East Front House Egg_16h25min00s | | | | |
| 311 | House Plaza _16h25min00s | 7/15/24 | 7/15/24 | N.Wilkins | |
| 312 | South Barricade Plaza_16h26min00s | 7/15/24 | 7/15/24 | | |
| 313 | NJ & Indep SE_16h28min00s | 7/15/24 | 7/15/24 | | |
| 314 | *Intentionally Left Blank* | | | | |
| 315 | YardCam5_16h20min01s | 7/15/24 | 7/15/24 | | |
| 316 | East Front House Egg _15h21min00s | 7/15/24 | 7/15/24 | | |
| 317 | Upper House Door Interior | 7/15/24 | 7/15/24 | N.Wilkins | |
| 317.1 | Screenshot – banging on door with hand | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 317.2 | Screenshot – peering in door | | | | |
| 317.3 | Screenshot – flipping off and yelling fuck you | | | | |
| 317.4 | Screenshot – banging on door | | | | |
| 317.5 | Screenshot – pole in hand | | | | |
| 317.6 | Screenshot – wind up to swing one | | | | |
| 317.7 | Screenshot – swing two | | | | |
| **400 Series** | **Third Party and Open-Source Video Footage** | | | | |
| 400 | Video of Winegeart Hitting Door | 7\|15\|24 | 7\|15\|24 | N. Wilkins | |
| 401 | Outside Door | 7\|15\|24 | 7\|15\|24 | | |
| 402 | Swinging Pole at Window | | | | |
| 403 | Screenshot Facing Away From Door | | | | |
| 404 | Screenshot of Broken Glass | | | | |
| 405 | Screenshot of Terry Winegeart | | | | |
| **500 Series** | **Defendant Material** | | | | |
| 500 | Swinging Pole at Door | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 501 | Posing Near Bike Rack | 7\|15\|24 | 7\|15\|24 | N. Wilkins | |
| 502 | Posing Near Bike Rack | | | | |
| 503 | Posing Near Bike Rack | | | | |
| 504 | Swinging Pole at Door | | | | |
| 505 | Swinging Pole at Door | | | | |
| 506 | Posing with Open Coat | | | | |
| 507 | Man with Flag | | | | |
| 508 | Outside Trump Hotel | | | | |
| 509 | Man on Street | | | | |
| 510 | Banners on Street | | | | |
| 511 | Winegeart holding Trump flag | | | | |
| 512 | Outside Trump Hotel | | | | |
| 513 | Marching Towards Capitol | 7\|15\|24 | 7\|15\|24 | | |
| 514 | Signs by Traffic Light | | | | |
| 515 | Posing With Proud Boys | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 516 | Holding Flag | | | | |
| 517 | People Marching | 7/15/24 | 7/15/24 | | |
| 518 | Lincoln Memorial | | | | |
| 519 | In Front of Library of Congress | 7/15/24 | 7/15/24 | | |
| 520 | Facing Capitol | | | | |
| 521 | SA Smith Business Card | | | | |
| 522 | Tweet: Massachusetts teacher forced to resign | | | | |
| 523 | Text with Dr. Mary Chance 4:06 PM | | | | |
| 524 | Tweet: FBI Raids | | | | |
| 525 | Steven Jones Voicemail | | | | |
| 526 | Text with Terry, "Issues with Trump" | | | | |
| 527 | Text with Terry, "Lazy" | | | | |
| 528 | Text with Terry, "Sleep Until After Noon" | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 529 | Instagram, Candace Owens, on Trump pardons | | | | |
| 530 | HBD Terry | | | | |
| 531 | Post on Cameras | | | | |
| 532-549 | *Intentionally Left Blank* | | | | |
| 550 | Clip in front of Library of Congress | 7|15|24 | 7|15|24 | | |
| 551 | Clip walking toward Trump Hotel | | | | |
| 552 | Clip walking towards Capitol (western front) | | | | |
| 553 | *Intentionally Left Blank* | | | | |
| 554 | Clip in front of Trump Hotel | | | | |
| 555 | Clip kissing Trump picture on bus | | | | |
| 556 | Clip in front of Lincoln Memorial | | | | |
| 557 | Clip in front of Lincoln Memorial | | | | |
| 558 | Clip by truck | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 559 | Clip by truck | | | | |
| 560 | Clip in field | | | | |
| 561 | Clip of driver in Dodge | | | | |
| 562 | Clip of Eastern Front | | | | |
| 563 | *Intentionally Left Blank* | | | | |
| 564 | "Purge" montage | | | | |
| 565 | Eastern Front | 7/15/24 | 7/15/24 | N.Wilkins | |
| 566 | Thumbnail with Bicycles | | | | |
| 567 | Crowd on Mall | | | | |
| 568 | Hawk n' Dove photo | | | | |
| 569 | Kissing Bus Photo | | | | |
| 570 | Reflecting Pool | 7/15/24 | 7/15/24 | | |
| 571 | Winegeart Tweet | 7/15/24 | 7/15/24 | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 572 | Picture of Bridge | | | | |
| 573 | Winegeart Twitter – the whole world knows | | | | |
| 574 | Winegeart photo with firearm | 7/15/24 | 7/15/24 | | |
| 575 | Winegeart Twitter | | | | |
| 576 | Winegeart Twitter | | | | |
| 577 | News articles – "lies" | | | | |
| 578 | Winegeart Twitter | | | | |
| 579 | Collage | | | | |
| 580 | Winegeart Twitter | | | | |
| 581 | Collage | | | | |
| 582 | Photo – Proud Boys shirt | | | | |
| 583 | Winegeart Twitter | | | | |
| 584 | Winegeart Twitter | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 585 | Venn Diagram | 7|15|24 | 7|15|24 | | |
| 586 | Winegeart Twitter | | | | |
| 587 | Winegeart Twitter | | | | |
| 588 | Winegeart Twitter | | | | |
| 589 | Winegeart Twitter | | | | |
| 590 | Winegeart Twitter | | | | |
| 591 | Winegeart Twitter | | | | |
| 592 | Video – Hang on, Sir | | | | |
| 593 | Red Jacket, SW | | | | |
| 594 | Red Jacket, SW | | | | |
| 595 | Interview with FBI (November 11, 2021) | 7|15|24 | 7|15|24 | | |
| 596 | Scoped Cellebrite Report | | | | |
| 597 | Winegeart Twitter | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 598 | Winegeart Twitter | | | | |
| 599 | Breitbart Stories | | | | |
| 5100 | Winegeart Twitter | | | | |
| 5101 | Winegeart Twitter | | | | |
| 5102 | Winegeart Twitter | | | | |
| 5103 | Winegeart Twitter | | | | |
| 5104 | Winegeart Twitter | | | | |
| 5105 | Winegeart Twitter | | | | |
| 5106 | Winegeart Twitter | | | | |
| 5107 | Winegeart Twitter | | | | |
| 5108 | Winegeart Twitter | | | | |
| 5109 | Winegeart Twitter | | | | |
| 5110 | Winegeart Twitter | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 5111 | Winegeart Twitter | | | | |
| 5112 | Winegeart Twitter | | | | |
| 600 Series | Body Worn Camera Footage | | | | |
| 601 | Officer Wang BWC | 7/15/24 | 7/15/24 | N.Wilkins | |
| 700 Series | Cellebrite Reports | | | | |
| 701 | Cellebrite Report Excerpt – Winegeart and Stefan | | | | |
| 702 | Cellebrite Report Excerpt – Winegeart and Terry | | | | |
| 703 | Cellebrite Report Excerpt – Winegeart and Mandle | | | | |
| 704 | Cellebrite Report Excerpt | 7/15/24 | 7/15/24 | | |
| 705 | Cellebrite Report – Winegeart and Couch | | | | |
| 705.1 | Excerpt Page 2 | | | | |
| 706 | Cellebrite Report Excerpt – Winegeart and Xan | 7/15/24 | 7/15/24 | | |
| 706.1 | Excerpt Pages 3-10 | 7/15/24 | 7/15/24 | N.Wilkins | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 706.2 | Excerpt Page 21 | | | | |
| 706.3 | Excerpt Page 24 | | | | |
| 707 | Cellebrite Report Excerpt – Winegeart and Xan | 7/15/24 | 7/15/24 | | |
| 707.1 | Excerpt Page 636 | | | | |
| 707.2 | Excerpt Pages 976-77 | | | | |
| 707.3 | Excerpt Page 1066 | | | | |
| 707.4 | Excerpt Page 2232 | | | | |
| 707.5 | Excerpt Page 309 | 7/15/24 | 7/15/24 | N.Wilkins | |
| 707.6 | Excerpt Page 754 | | | | |
| 707.7 | Excerpt Page 953-55 | | | | |
| 708 | Cellebrite Report Excerpt – Calendar | 7/15/24 | 7/15/24 | | |
| 709 | Cellebrite Report Excerpt – Notes | 7/15/24 | 7/15/24 | | |
| 710 | Cellebrite Report Excerpt – Thumbnail Photos | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 711 | Cellebrite Report Excerpt – Constitution | 7/15/24 | 7/15/24 | | |
| 712 | Cellebrite Report Excerpt – Photos | | | | |
| 713 | Cellebrite Report Excerpt – Photos | | | | |
| 713.1 | Excerpt Pages 89-95 | | | | |
| 713.2 | Excerpt Page 98-103 | | | | |
| 714 | Text Message Conversation Between Winegeart and Friend | 7/15/24 | 7/15/24 | N.Wilkins | |
| 706.4 | Text Message | 7/15/2 | 7/15/24 | N.Wilkens | |
| | | | | | |
| | | | | | |