|   | United States of America |   |
|---|---|---|
| Government ☐ | VS. | Civil/Criminal No. CR 22-301 (CJN) |
| Plaintiff ☐ |   |   |
| Defendant ✔ | Dova Alina Winegeart |   |
| Joint ☐ |   |   |
| Court ☐ |   |   |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Criminal Complaint MJ 21-637 | 7/15/24 | 7/15/24 |   |   |
| 2 | Video (Winegeart cell) | 7/15/24 | 7/15/24 |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |