|  | United States of America |  |
|---|---|---|
| Government ☐ | VS. | Civil/Criminal No. CR 22-301 (CJN) |
| Plaintiff ☐ |  |  |
| Defendant ☐ | Dova Alina Winegeart |  |
| Joint ✔ |  |  |
| Court ☐ |  |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Stipulation | 7/15/24 | 7/15/24 | N. Wilkins |  |