UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>**v.** )<br>)<br>**DOVA WINEGEART** )<br>)<br>)<br>        **Defendant**   )<br>) | Case No. 22-cr-00301-CJN |

**DEFENDANT DOVA WINEGEART'S CONSENT MOTION TO CONTINUE SENTENCING**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

COMES NOW Defendant Dova Winegeart, by and through her undersigned counsel of record William L. Shipley, and hereby respectfully files this Motion to Continue Sentencing currently set for October 18, 2024, and all filing deadlines.

Undersigned has conferred with Government Counsel AUSA Ashley Akers and the Government is in agreement with this request.

The "good cause" for this request is that counsel for Ms. Winegeart is set for a multi-week jury trial in the District of Hawaii starting October 28, 2024, an in-person Pretrial Conference in that case on October 21, 2024, and multiple pre-trial filing dates in advance of trial. This work is in addition to multiple other January 6 defense cases that have been resolved by plea or trial over the past six weeks.

Undersigned counsel and AUSA Akers have conferred and agreed that a new sentencing date during the weeks of either November 18 or December 2, 2024, would be agreeable.

Finally, Defendant Winegeart will be filing a separate request and waiver to allow her to appear at sentencing via video conference.

Dated: October 9, 2024                    Respectfully submitted,

                                          /s/ William L. Shipley
                                          William L. Shipley, Jr., Esq.
                                          PO BOX 745
                                          Kailua, Hawaii 96734
                                          Tel: (808) 228-1341
                                          Email: 808Shipleylaw@gmail.com