

16:40

Rants an Reviews Fair...

**Dova Winegeart**
Top contributor · 1h · 🖼

I've been told by my atty that I can now show and talk about every piece of evidence that is not marked sensitive.
Said that, here we go!
Anyone interested in seeing the actual email that ▮▮▮▮▮▮▮ wrote to the FBI and asked them to go to a mutual friend and get detailed info from them about me and my husband attending J6?
You can see ALL the lies and disgusting things she wrote because she is an oversized jealous kunty that wishes she were me and lived my life.
A fkn liar! And she involved someone who didn't deserve to be in the middle of her jealous manipulative outburst against me.
I will not name or involve the other person because that person and I both already know that ▮▮▮▮▮ ▮▮▮▮▮ is a lying, conniving, immoral, horrible excuse for a human.
And yes, ▮▮▮▮▮▮▮▮ my atty and I will be suing you!
You have tried to ruin good people's lives by lying and manipulating for far too long.
You won't be able to squirm your way out of this mess you've caused for your family and your lying self.
I will not be silent while you spread lies. I will do everything legally appropriate to make sure you are held accountable for your sinful lies and destructive behavior.
Oh how the tables turn 🔥
How embarrassing for you and your family. What a shameful horrible mother and wife you are.
You have set an example of how lying and scheming due to jealousy, will cost you monetarily. Maybe the

🏠 Home    ▶ Video    🛒 Marketplace    ⭐ Events    🔔 Notifications    ☰ Menu

1



wishes she were me and lived my life.

A fkn liar! And she involved someone who didn't deserve to be in the middle of her jealous manipulative outburst against me.

I will not name or involve the other person because that person and I both already know that ████ ████ is a lying, conniving, immoral, horrible excuse for a human.

And yes, ████ my atty and I will be suing you!

You have tried to ruin good people's lives by lying and manipulating for far too long.

You won't be able to squirm your way out of this mess you've caused for your family and your lying self.

I will not be silent while you spread lies. I will do everything legally appropriate to make sure you are held accountable for your sinful lies and destructive behavior.

Oh how the tables turn 🔥

How embarrassing for you and your family. What a shameful horrible mother and wife you are.

You have set an example of how lying and scheming due to jealousy, will cost you monetarily. Maybe the town can do a GSG for your legal council or maybe they'll ostracize you and your whole family.

I know the oil field guys will love knowing this information. Terry is very respected in the industry.

I volunteer to teach you a lesson by exposing the truth about who you are and what you do to people. 🥳🥳🥳 it's Go Time🔥🔥🔥

I'll post the others also. But ima start with this B first 🤓

Dova Winegeart on X: "Why do all the losers have to stalk me? All these pathetic jerk offs do is try to intimidate J6ers into silence. Your shit will never ever work with me. Go Fk Yourself- I hope all hunters are hunted in return very soon. Show them this one too. And tell the handsome FBI guy I https://t.co/bSMdIWYR4C" / X





**Dova Winegeart**
7,382 posts

**Follow**

🇺🇸 **@FreeStateWill** · Nov 12 ···

The Biden DOJ published a database of January 6 defendants to the DOJ website.

Should the Trump DOJ publish a database to the DOJ website of all January 6 prosecutors and other federal employees who get criminally charged for their actions weaponizing government?

**Absolutely** — **98.6%**

No, charge them secretly — 1.4%

3,720 votes · Final results

💬 38    🔁 287    ♡ 455    ᴵᴵᴵ 25K    🔖  ↥

Show more replies

**Betrayed Hoplite** @HopliteBetrayed · Nov 12 ···
And don't forget the paid Sedition Hunters. If they were paid, we have a right to their names. These people need to be marked by history.

💬 1    🔁 1    ♡ 2    ᴵᴵᴵ 19    🔖  ↥

**Dova Winegeart** @DovaWinegeart · Nov 12 ···
💯

> **Dova Winegeart** @DovaWinegeart · Nov 12
> Replying to @FreeStateWill
> Also a J6ers version of SH.
> Gonna need all the help we can get! I know there are plenty of American citizens that are willing and eager to do the right thing and identify unlawful hunters.

💬    🔁    ♡ 2    ᴵᴵᴵ 19    🔖  ↥

4

Dova Winegeart on X: "@biteth3apple @SeditionHunters Hunting the hunters. What's good for the goose… 🦢" / X



https://x.com/DovaWinegeart/status/1816307811170619689

**CHAIRMAN OF ANTIFA ;)** @JFCUANNOYME · Jul 24

This is Meena you dumb j6 pedo protector

◯ 3          ⇄          ♡ 1          ᵢₗᵢ 39          🔖  ⬆

**Dova Winegeart** ✔ @DovaWinegeart · Jul 24

Good to know.

◯ 1          ⇄          ♡          ᵢₗᵢ 30          🔖  ⬆

**CHAIRMAN OF ANTIFA ;)** @JFCUANNOYME · Jul 24

So have fun protecting a kidnapper of a 15 year old child. I guess it's ok bc you don't like Patty.

◯ 1          ⇄          ♡          ᵢₗᵢ 29          🔖  ⬆

**Dova Winegeart** ✔ @DovaWinegeart · Jul 24

You're a hunter know being hunted. Enjoy▪🔎

◯ 2          ⇄          ♡          ᵢₗᵢ 31          🔖  ⬆

**CHAIRMAN OF ANTIFA ;)** @JFCUANNOYME · Jul 24

'Know being hunted? What?

◯ 1          ⇄          ♡          ᵢₗᵢ 28          🔖  ⬆

**CHAIRMAN OF ANTIFA ;)** @JFCUANNOYME · Jul 24

.Jfc diva, have fun bc everyone knows who I am. My address is out there. You're making some kind of threat bc I very kindly let you know who you are defending. If you want to come over and threaten me, I'll just be happy to send that to pre-trial, probation or your judge

.

◯ 1          ⇄          ♡ 1          ᵢₗᵢ 32          🔖  ⬆

**Dova Winegeart** ✔
@DovaWinegeart

You and your threats mean nothing to me. I've proven I fear nothing. But keep on... you're hunted next.

11:01 PM · Jul 24, 2024 · **21** Views

6

https://x.com/DovaWinegeart/status/1816475229360648591



**Dova Winegeart** ✔ @DovaWinegeart · Jul 25
I don't give a fk who you team up with.
Fk you and fk the host.
You are a stalking obsessive liar.
You were wrong and you hate that you were wrong.
But, you were wrong. Go gather all the hosts support you need, I won. You need 🔒 when I acknowledge you. Sick lil red.

💬 1          🔁          ♡          📊 25          🔖  ⬆️

**Cory Cullington** ✔ @CoryCullington · Jul 25
You can't even show me where I allegedly said you broke the glass...

But hey, if you need this "win" before sentencing, who am I to take it away from you? Why let a little reality stand in your way? 😉 👍

💬 3          🔁          ♡ 1          📊 44          🔖  ⬆️

**Dova Winegeart** ✔
@DovaWinegeart

Before my sentencing 🤣🤣🤣
You hunters are now being hunted.
You have never and will never intimidate me.
Not one fkn person says shit to my face. And everyone has had the opportunity.

10:06 AM · Jul 25, 2024 · 73 Views

On July 17 at approximately 9:54 am, Dova Winegeart tweeted the following:

https://x.com/DovaWinegeart/status/1813572953004498955



9:54 AM · Jul 17, 2024 · **6,049** Views

https://x.com/DovaWinegeart/status/1813582868968357921



**Shipwreckedcrew** ✔ @shipwreckedcrew · 5h

And let me add this for the edification of those of you who are sympathetic to the plight of J6 defendants:

The string of messages generated last week about my work on Ms. Winegeart's case -- including the messages created when Julie and her fanboys jumped in to engage with Ms.
Show more

   💬 18     🔁 49     🤍 194     📊 9.5K

**Taiyalc** @taiyack · 3h

I'm not even an attorney and pointed that out to Dova. Julie is addicted to the attention now. She can't stop herself. Kinda sad.

   💬 1     🔁 2     🤍 17     📊 2.4K

**Dova Winegeart** ✔
@DovaWinegeart

And I pointed out to you that every fkn move I make and every word I have said since J6 I've been watched. I also said I will not be intimidated- and I meant it. And I proved it.
I will not be silenced.
And I am not part of this JK feud. Ship knows I'm an intelligent woman and everything I do is for a reason.  I don't just throw shit in air and hope it lands.
Everything worked out the way it needed to.

10:33 AM · Jul 17, 2024 · **45** Views

  💬     🔁     🤍 2     🔖     ⤴

https://x.com/DovaWinegeart/status/1813808589007646869



https://x.com/DovaWinegeart/status/1821356927651066100





**diatribe** ✔ @d06h0201 · Nov 12
I've never heard Bill call you a patriot.

And even if he did, Idgaf.

You hitting the Capitol with that stick with metal attachment puts you lower than pedophiles in my book.

💬 2        🔁        ♡ 1        ᵢₗᵢ 19        🔖  ⬆️

**Dova Winegeart** @DovaWinegeart · Nov 12
NOT GUILTY 🤓👆🥳

Keep obsessing over me. I'm use to it.

💬 1        🔁        ♡        ᵢₗᵢ 20        🔖  ⬆️



← **Dova Winegeart**
   7,382 posts                                    **Follow**

**diatribe** ✔ @d06h0201 · Nov 12
Should have thought about the consequences before you beat on the Capitol building with wooden stick and metal tip.

You are a stain on American history, the MAGA movement and your families name.

You are NOT a patriot. A patriot would never do this.

justice.gov/usao-dc/case-m...
Show more

Photo 4

💬 2        🔁        ♡        ᵢₗᵢ 22        🔖  ⬆️

**Dova Winegeart** @DovaWinegeart · Nov 12
NOT GUILTY- 🤓🥳👆

💬 1        🔁        ♡ 1        ᵢₗᵢ 10        🔖  ⬆️



You tried to destroy my life.
You spent your precious time seething and obsessing over trying to destroy my life. Moments stolen from your daughters, your husband, your leisure.
The epicaricacy in your soul, the misery I know you live everyday is profound.
You have failed.
I have the one thing you yearn for. A blonde haired, blue eyed, son.
You are undeserving.
I didn't tag you The Devil arbitrarily.
I hope you remember these words every time you visit his grave or think of him.
Your specious attempt to isolate me from my son 'll be your penitence.
Burn in hell



📷 Photo

**Dova** · 2023-9-19

iykyk 🔥

🔇 Sound removed due to copyright restrictions

Add comment...                    @  😊

13











**Dova Winegeart** ✔ @DovaWinegeart · Oct 14 ···
How many of ya'll think I deserve 1 yr in prison?
1 yr in prison for 1 misdemeanor.
Nowhere in the world besides corrupt DC would this even be a recommendation.
I say- FK you!
You will never break me or my family. This shit makes us stronger.

💬 4        🔁 8        ♡ 21        📊 963        🔖    ⬆️

**Elaine S** @ElaineS50694570 · Oct 14 ···
For a misdemeanor a one year jail sentence is the maximum time. Hoping no fines were added and with a possibility of parole included so you have the chance to get out sooner. A year seems too much.

💬 1        🔁        ♡        📊 44        🔖    ⬆️

**Dova Winegeart** ✔ @DovaWinegeart · Oct 14 ···
Nowhere in the USA does a misdemeanor get you a yr in prison. Only DC for J6ers.

💬        🔁        ♡ 3        📊 37        🔖    ⬆️



 **Dova Winegeart** ✔ @DovaWinegeart · Oct 14

My sons & their dogs that's what I ❤️

Idgaf about this fake bs from the DC courts and their ridiculous recommendations.

Put me in prison for a yr– my sons say I'll come out being a leader of a gang for what's right because they know I'm unbreakable.

> This is all I idgaf about.
> We went to DC and came back home and business as usual. They will never ruin the plan my family has. We win and keep truckin'
>
> 



💬 1          🔁          ♡ 1          �archive 68          🔖  ⬆️



ti Dova Winegeart reposted

**Dova Winegeart** ✔
@DovaWinegeart

· · ·

I agree. There's no way in hell I'd compromise my integrity and allow anyone to take the blame for my choice to attend J6, especially Trump. Fear keeps us tethered. Terror clips our wings. Our tyrannical government wants us to concede. Fk that.

Things got twisted along the way and somehow We The People became comfortable and lazy and forgot to keep the government in check. That needs to be rectified.

Never give in to tyranny. If every J6er refused to cooperate with the corrupt government, we would all be better off. It has to end. Stop negotiating with the enemy that wants you dead and gone. Start fighting them and helping others gain the strength to stand for themselves also. Life is so short. Make your choices wisely. Generations will look at this and learn from it. Teach them to be strong not compromising.

1:27 PM · Sep 26, 2024 · **75** Views



**Dova Winegeart** ✔ @DovaWinegeart · Sep 14
💯 Harborist and have the patience to see that the vengeance is so much worse than they'd ever expect.

> **17TBIYTC24** @17TBIYTC23 · Sep 14
> If you've been wronged...do you make it a point to even the score?
>
> I've got some unsettled stuff from late 2019 I'd like to deal with...

💬 1          �tↄ          ♡ 2          ᵢₗᵢ 107          🔖  ⬆️

---

**J** @J59589191 · Sep 7
You might as well, if you're not going to plea

I'm already familiar with you, dova, saw your account when I was talking with ship.  Even looked at your baking page.

So why not bank on it?  Write a book, fire those cookie ovens up.

Not me, but many would buy and support.

💬 1          ↹          ♡          ᵢₗᵢ 56          🔖  ⬆️

**Dova Winegeart** ✔ @DovaWinegeart · Sep 7
Because I can't acclimate back into society as of now. What is so hard for you people to comprehend.
I am different. I don't look at things the same.
My family has suffered. My son's life was destroyed.
I don't want money. I want revenge.

💬 1          ↹          ♡ 2          ᵢₗᵢ 46          🔖  ⬆️



🇺🇸 @FreeStateWill · 2h

I was open to some reconciliation, but since the DOJ is pushing forward with the January 6 political prosecutions through Inauguration Day, I'm now completely supportive of thunderous retribution. There should be shock and awe arrests more intense than what they did to J6ers!

💬 12    🔁 50    ♡ 186    📊 1.4K    🔖 ⬆️

**Dova Winegeart** ✔ @DovaWinegeart · 2h

I'm hoping by Monday they'll do the right thing. If the judges continue the prosecution and arrests and deny requests to delay sentencing until after Jan 20, I'll be extremely disappointed.

💬    🔁    ♡ 2    📊 38    🔖 ⬆️



🔁 **Dova Winegeart reposted**

🇺🇸 @FreeStateWill · 17h

No J6er can get a fair trial in DC!

> **James Lee Bright Law** ✔ @JLBrightLaw · 21h
>
> Replying to @Jon_Gross @FormerFeds and 3 others
>
> This MUST be done. He has to step in. We have cases pending and are genuinely concerned about how these cases will be treated in the waning hours.

💬 2    🔁 13    ♡ 38    📊 1.3K    🔖 ⬆️





**Am🇺🇸rican T🇺🇸rrorist** ✔
@bit3theapple

I'm seriously tempted to call my probation officer and my pre trial officer, who I am still reporting to weekly (for 4 years straight), to fuck off and dare them to come get me.

You think @realDonaldTrump would frown on that? Or would he stand behind it, even tho I'm technically disrespecting the courts. 🤷‍♂️

Just saying it's a thought. Not saying I'm doing it.

The 14 million missing Democratic voters should be proof enough for the courts to see the 2020 election was stolen. Which means it was our DUTY to enter the building on #j6.

1:00 AM · Nov 7, 2024 · **32** Views

💬 1          ⟲          ♡ 2          🔖          ⬆️

⚪ Post your reply                    Reply

**Dova Winegeart** ✔ @DovaWinegeart · 14h
And miss your chance at slamming your beans and frank on the desk. No way man, fk them. I need the meat slamming to happen.

💬 1          ⟲          ♡          📊 34          🔖 ⬆️

25

