UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 22-cr-00301-CJN |
| ) | |
| **DOVA WINEGEART.,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT DOVA WINEGEART'S MOTION FOR DEFENDANT AND COUNSEL TO APPEAR VIA VIDEOCONFERENCE FOR SENTENCING**


William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

COMES NOW Defendant Dova Winegeart, by and through her undersigned counsel of record William L. Shipley, and hereby respectfully makes this motion to allow Defendant Winegeart and undersigned counsel to appear via video for the Sentencing Hearing on December 2, 2024.

Currently, Defendant Winegeart is set for sentencing by this Court on December 2, 2024.  As this Court is aware undersigned counsel is works from both Hawaii and California and must travel to the District of Columbia for in-person appearances.

The Judges in this District, including this Honorable Court, have allowed defendants convicted only of misdemeanor offense(s) to attend their sentencing hearings via video conference.  Defendant Winegeart was convicted of a single misdemeanor of attempted destruction of government property.  The Court determined the offense to be a misdemeanor since a value of the property destroyed was not established in the record of the case by proof beyond a reasonable doubt.

Based thereon, Defendant Winegeart requests this Court allow both Defendant Winegeart and undersigned counsel to appear via videoconference for the December 2, 2024, Sentencing Hearing.  Defendant Winegeart will confirm her waiver of her right to a personal appearance on the record at the time of the Sentencing Hearing.

Dated: November 26, 2024    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

3