UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 22-cr-00301-CJN |
| ) | |
| **DOVA WINEGEART.,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT DOVA WINEGEART'S NOTICE OF WAIVER OF IN-PERSON APPEARANCE**

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

NOW COMES Dova Winegeart by and through her counsel of record William L. Shipley Jr., and respectfully files this Notice of Defendant's Waiver of In-Person Appearance.

Defendant Winegeart is set for Sentencing before this Court on December 2, 2024. Defendant Winegeart waives her personal appearance and should this Court allows, consents to proceed via videoconferencing.

_____
Dova Winegeart
Defendant

Dated: November 26, 2024

Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*